UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                    **NOTICE OF**
-against-                                  **APPEARANCE**

THOMAS VALDEZ, JR.,                      Docket No.: 08-cr-618

                Defendant.
------------------------------------------------------------------------X
S I R:

      **PLEASE TAKE NOTICE** that the defendant, THOMAS VALDEZ, JR., hereby appears in the above-captioned action, and that the undersigned have been retained as Attorneys for said defendant. All papers in this action shall be served upon the undersigned at the post office address stated below.

Dated: Mineola, New York
       July 15, 2008

                                                Yours, etc.

                                                /s/
                                        Lawrence V. Carra', Esq..
                                        ***Attorney for Defendant***
                                        114 Old Country Road, Suite 212
                                        Mineola, NY 11501
                                        516-742-1135