```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :      08 Cr. 618 (GEL)
        -against-                                           :
                                                            :      ORDER
THOMAS VALDEZ, JR.,                                         :
                          Defendant.                        :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      In a letter dated July 10, 2008, the government requests an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq., until the initial pre-trial conference, scheduled for July 29, 2008, at 4:45 p.m. The government informs the Court that it is in the process of preparing discovery, and that the parties have recently initiated discussion of a possible disposition of the case. The government also informs the Court that the defendant consents to the exclusion of time.

      The Court finds that the interests of justice are served by such an exclusion to facilitate the preparation of discovery and the discussion of a possible disposition of the case.

      It is ORDERED that the time from July 10, 2008, through July 29, 2008, is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED:

Dated: New York, New York
       July 18, 2008

                                                    _____
                                                  GERARD E. LYNCH
                                                  United States District Court Judge