IH-14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
         against
      THOMAS VALDEZ JR.,
_____

(Alias)_____

_____

              Please PRINT Clearly
```

08 Cr. 618 (GEL)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:  JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF
                                    ADMISSION. MO. January   YR. 1995

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
       July 29, 2008

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
Patrick J. Joyce
Attorney for Defendant

Firm name if any
70 Lafayette Street
Street address
New York          New York          10013
City              State             Zip
(212) 285-2299    (212) 513-1989
Telephone No      Fax No.

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186