# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA  
        -vs-  
THOMAS VALDEZ, JR.

Date: 7/30/2008  
Docket No: 08CR.618(GEL)

*ELECTRONICALLY FILED*  
DOC #: ___  
DATE FILED: 7/31/08

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:  
RANDALL W. JACKSON  
(212) 637-1029

FOR THE DEFENDANT(S):  
PATRICK J. JOYCE  
(212) 285-2299

BAIL DISPOSITION:  
$750,000 PRB cosigned by 4 FRP's & secured by $10,000 cash and $100,000 in equity in real estate to be posted by his aunts; surrender of travel docs. deft to live with his mother in Queens and comply with house arrest; strict PSA supervision.

SIGNED BY: _____ , U.S.D.J.  
THE HON. GERARD E. LYNCH

PSA OFFICER: TRACY AMALADAS  
INTERPRETER