PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

U.S.A. vs. Valdez                                    Docket No. 08-CR-618

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____Tracy Amaladas_____ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant _____Thomas Valdez Jr._____ who was placed under pretrial release supervision by the Honorable _____Gerard E. Lynch_____ sitting in the court at ___500 Pearl Street___, ___NY___ date _____July 31_____, __2008__ under the following conditions:

$750,000 Personal Recognizance Bond, co-signed by four financially responsible individuals, secured by $10,000 cash and property with $100,000 equity; surrender travel documents, no new applications; strict PSA supervision; defendant is to reside with his mother in Queens, NY; and home detention. The defendant's next court date is for a status conference scheduled for 09/25/08 before Your Honor.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

During the PSA interview, the defendant reported that he occasionally smoked marijuana. Additionally the defendant's initial urinalysis proved positive for marijuana. Given this information, PSA is requesting that the defendant's bail be modified to include drug testing/ treatment as directed by PSA. The undersigned officer spoke with both AUSA Randall Jackson and Defense Counsel Patrick Joyce and neither party opposes the aforementioned modification.

PRAYING THAT THE COURT WILL ORDER the modification of bail to include drug testing/treatment as directed by PSA.

ORDER OF COURT

Considered and ordered ___25th___ day of ___August___, 20_08_ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge
Gerard E. Lynch

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 21, 2008

_____
U.S. Pretrial Services Officer

Place    Southern District of New York